# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Amy Elizabeth Allred, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00637-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| The State of North Carolina | ) | |
| Lisa V.L. Menefee | | |
| Jane Harper | | |
| James Faison III | | |
| H. Thomas Jarrell | | |
| NC District Court Judges | | |
| Lindsey Luther | | |
| J.H. Corpening II, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2016 Order.

Signed: January 6, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court